**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 3 EM 2023
                                    :
            Respondent         :
                                    :
                                    :
          v.                        :
                                    :
                                    :
ANDRE HOLMAN,                   :
                                    :
            Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.